IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEATRICE BROWN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:07cv854-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Second Motion for Extension of Time (Doc. #16), it is

ORDERED that the Motion (Doc. #16) is GRANTED. Commissioner has until **on or before 2 June 2008** to file his brief.

Done this 1st day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE